UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELVYN ERNEST REDHEAD,

    Plaintiff,

v.                                           CASE NO. 6:07-cr-145-Orl-28DAB

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

This case is before the Court on the following motions:

1.     Defendant's Motion for A Certificate of Appealability (Doc. No. 283, filed December 28, 2010) is **DENIED**. This Court should grant an application for certificate of appealability only if Defendant makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Defendant has failed to make a substantial showing of the denial of a constitutional right.

2.     Defendant's Motion for Clarification (Doc. No. 284, filed January 19, 2011) is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 27 day of January, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

**Copies to:**
sa 1/26
Melvyn Ernest Redhead
Counsel of Record